IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOWELL QUINCY GREEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-1018-D (BT) |
| | § | |
| ALAN ALBRIGHT, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adpted as the findings and conclusions of the court.

The following motions are denied: plaintiff's June 3, 2024 motion for immediate release, and plaintiff's June 25, 2024 motion to compel discovery.

Plaintiff may move the court to set aside this dismissal and reinstate this case by filing a motion within 30 days of the date of the court's judgment that is accompanied by the full filing fee of $405.00.

**SO ORDERED**.

July 3, 2024.

SIDNEY A. FITZWATER
SENIOR JUDGE